UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MASTER MCCORMICK,

        Plaintiff,

vs.                            Case No:

TCC WIRELESS, LLC

        Defendants.
_____/

### **DEFENDANT TCC WIRELESS, LLC'S NOTICE OF REMOVAL**

**TO: THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

Defendant TCC Wireless, LLC, for its notice of removal, states as follows:

**FACTUAL BACKGROUND**

1. On September 3, 2020, Plaintiff Master McCormick served TCC Wireless with a Summons and Complaint in the action entitled *McCormick v. TCC Wireless, LLC*, pending in the Fifth Judicial Circuit in and for Marion County, Florida, case number 20-CA-1411 (the "State Court Action"). True and correct copies of the above document, as well as the Return of Service are attached as **Exhibit A**. Other than the Summons and Complaint, no other pleadings or orders have been served upon or otherwise received by TCC Wireless. This Notice of Removal is filed within thirty (30) days of the date on which TCC Wireless first received the Summons and Complaint in accordance with 28 U.S.C. § 1446(b).

**FEDERAL QUESTION JURISDICTION**

2. The pending action is a civil action over which this Court has now, and had when the State Court Action was commenced, original federal question subject matter jurisdiction under the provisions of 28 U.S.C. § 1331.

3. Plaintiff's complaint alleges a violation of a federal statute – the Fair Labor Standards Act ("FLSA"). (*See* Compl. ¶¶ 19, 23-25.) More specifically, Count I asserts a claim to recover overtime pay under the FLSA. (Compl. ¶ 38; Prayer for Relief.)

4. This case could have originally been filed in this Court in accordance with 29 U.S.C. § 216(b) (authorizing jurisdiction in the United States district courts for actions brought under the FLSA).

5. Therefore, based upon the allegations in the Complaint, Plaintiff's claim can be removed to this Court pursuant to 28 U.S.C. § 1441.

**REMOVAL PROCEDURES**

6. The Middle District of Florida is the District Court of the United States for the district and division within which the State Court Action is pending. Accordingly, venue within the Middle District of Florida is proper.

7. A copy of this Notice of Removal will be filed with the Fifth Judicial Circuit Court for Marion County, Florida and served upon all adverse parties as

required by 28 U.S.C. § 1446(d) and an appropriate notice of compliance with 28 U.S.C. § 1446(d) also shall be filed in the above-entitled court.

8.  By filing this Notice of Removal, TCC Wireless does not waive any defenses that may be available to it and does not concede that the allegations in the Complaint state a valid claim under applicable law.

> GILLIGAN, GOODING, BATSEL,
> ANDERSON & PHELAN, P.A.
>
> /s/ Christopher A. Anderson
> Christopher A. Anderson, Esquire
> Florida Bar No.: 105696
> 1531 S.E. 36th Avenue
> Ocala, Florida 34471
> (352) 867-7707  Phone
> (352) 867-0237  Facsimile
> *Attorneys for Defendant*
> Primary:     canderson@ocalalaw.com
> Secondary:  peining@ocalalaw.com
>
>
> JAFFE, RAITT, HEUER & WEISS
>
> /s/ Patrice S. Arend
> Patrice S. Arend
> Michigan Bar No.: P56962
> Jaffe, Raitt, Heuer & Weiss, P.C.
> 27777 Franklin, Suite 2500
> Southfield, Michigan 48034
> (248) 351-3000   Phone
> parend@jaffelaw.com
> *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a copy has been sent by e-mail to Kyle J. Lee, Esq., Lee Law, PLLC, at Kyle@KyleLeeLaw.com on this 1st day of October, 2020.

> GILLIGAN, GOODING, BATSEL,
> ANDERSON & PHELAN, P.A.
>
> /s/ Christopher A. Anderson
> Christopher A. Anderson, Esquire
> Florida Bar No.:  105696
> 1531 S.E. 36th Avenue
> Ocala, Florida 34471
> (352) 867-7707  Phone
> (352) 867-0237  Facsimile
> *Attorneys for Defendant*
> Primary:     canderson@ocalalaw.com
> Secondary:  peining@ocalalaw.com