**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MASTER MCCORMICK,**

      **Plaintiff,**

                               **Case Number: 5:20-cv-00476-JSM-PRL**

**v.**

**TCC WIRELESS LLC d/b/a/ T-Mobile.**

      **Defendant.**

_____/

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*I hereby disclose the following pursuant to the Court's interested persons order:*

    1.  The name of each person, attorney, association, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action-including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own more that 10% of a parties stock, and all other identifiable legal entities related to any party in this case:

      **Answer:  MASTER MCCORMICK Plaintiff, Kyle Lee, Esq. of Lee Law PLLC, Attorney for Plaintiff. TCC WIRELESS LLC d/b/a/T-Mobile Defendant, Christopher Allan Anderson Gilligan Esq., of Gooding, Franjola & Batsel, P.A., Attorneys for Defendant.**

    2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      **Answer: None**.

    3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

      **Answer: None.**

    4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Answer:  Master Mccormick.**

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

### Certificate of Service

**PLAINTIFF'S COUNSEL HEREBY CERTIFIES** that the foregoing has been filed with the court's electronic filing system and that such will transmit a copy of the same to all counsel of record on this 16th day of November, 2020.

**/S/ Kyle J. Lee**
Kyle J. Lee, Esq.
FLBN: 105321
LEE LAW, PLLC
1971 West Lumsden Road, Suite 303
Brandon, Florida 33511
Telephone: (813) 343-2813
Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com