UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MASTER MCCORMICK,

Plaintiff,

Case No.: 5:20-cv-476-Oc-30PRL

v.

TCC WIRELESS,

Defendant.
_______________________________/

**VERIFIED SUMMARY OF HOURS WORKED BY PLAINTIFF**

Pursuant to the Court's FLSA Scheduling Order (Doc. 7) entered on October 14, 2020, Defendant, TCC Wireless hereby files its Verified Summary of Hours Worked, and states:

1. During 2018, Plaintiff, Master McCormick was compensated for 285.77 total hours worked. For 284.31 of those hours, Plaintiff was compensated at an hourly rate of $10 per hour. For 1.46 of those hours, Plaintiff received overtime pay at $15 per hour.

2. During 2019, Plaintiff, Master McCormick was compensated for 1,909.83 total hours worked. For 477.07 of those hours, Plaintiff was compensated at an hourly rate of $10 per hour. For 1,357.25 of those hours, Plaintiff was

compensated at an hourly rate of $13 per hour. For 75.51 of those hours, Plaintiff received overtime pay at $19.5 per hour.

3. During 2020, Plaintiff, Master McCormick was compensated for 686.54 total hours worked. For 625.45 of those hours, Plaintiff was compensated at an hourly rate of $14 per hour. For 61.09 of those hours, Plaintiff received overtime pay at $21 per hour.

Dated this 23rd day of November, 2020.

GILLIGAN, GOODING, BATSEL,
ANDERSON & PHELAN, P.A.

/s/ Christopher A. Anderson
Christopher A. Anderson, Esquire
Florida Bar No.: 105696
1531 S.E. 36th Avenue
Ocala, Florida 34471
(352) 867-7707 Phone
(352) 867-0237 Facsimile
*Attorneys for Defendant*
Primary: canderson@ocalalaw.com
Secondary: peining@ocalalaw.com

JAFFE, RAITT, HEUER & WEISS

/s/ Patrice S. Arend
Patrice S. Arend
Michigan Bar No.: P56962
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin, Suite 2500
Southfield, Michigan 48034
(248) 351-3000 Phone
parend@jaffelaw.com
*Attorneys for Defendant*

**VERIFICATION OF SUMMARY**

Pursuant to 28 U.S.C. § 1746, I, Sarah Sichko, declare under penalty of perjury that the foregoing calculations in this summary represents, through my review of relevant pay records and to the best of my knowledge, a true and accurate summary of the time worked by Plaintiff Master McCormick and the pay which he received.

DocuSigned by:
Sarah Sichko
94C6BFE6427A495...

Sarah Sichko

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a copy has been sent by e-mail to Kyle J. Lee, Esq., Lee Law, PLLC, at Kyle@KyleLeeLaw.com on this 23rd day of November, 2020.

GILLIGAN, GOODING, BATSEL,
ANDERSON & PHELAN, P.A.

/s/ Christopher A. Anderson
Christopher A. Anderson, Esquire
Florida Bar No.: 105696
1531 S.E. 36th Avenue
Ocala, Florida 34471
(352) 867-7707 Phone
(352) 867-0237 Facsimile
*Attorney for Defendant*
Primary: canderson@ocalalaw.com
Secondary: peining@ocalalaw.com